Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-403-309

**Effective Date of Registration:**
April 12, 2024
**Registration Decision Date:**
July 15, 2024

---

## Title

**Title of Work:** Harvest Elegance Chickadees and Pumpkin Barrel

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** September 10, 2018
**Nation of 1st Publication:** United States

## Author

• **Author:** Gina Jane Lee
**Pseudonym:** Gina Jane
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Gina Jane Lee
933 Branch Court, #151, Grovetown, GA, 30813, United States

## Rights and Permissions

**Name:** Gina Jane Lee
**Email:** gina.jane.ll@gmail.com
**Address:** 933 Branch Court, #151
Grovetown, GA 30813 United States

## Certification

**Name:** David Denholm
**Date:** April 12, 2024

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-403-812

**Effective Date of Registration:**
April 12, 2024
**Registration Decision Date:**
July 17, 2024

---

## Title

|  |  |
|---|---|
| **Title of Work:** | Sweet Heart Gnomes with Heart Balloons |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | January 12, 2022 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | Gina Jane Lee |
| **Pseudonym:** | Gina Jane |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Gina Jane Lee |
|  | 933 Branch Court, #151, Grovetown, GA, 30813, United States |

## Rights and Permissions

|  |  |
|---|---|
| **Name:** | Gina Jane Lee |
| **Email:** | gina.jane.ll@gmail.com |
| **Address:** | 933 Branch Court, #151 |
|  | Grovetown, GA 30813 United States |

## Certification

|  |  |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 12, 2024 |

Page 1 of 2

